UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATE A. VERNON  :
:
*Plaintiff,*  :
:
V.  :  CIVIL ACTION NO. 10-77-JJB-CN
:
MICHAEL J. ASTRUE,  :
COMMISSIONER OF THE SOCIAL  :
SECURITY ADMINISTRATION,  :
:
*Defendant.*  :

## **JUDGMENT**

Upon consideration of *Defendant's Unopposed Motion to Remand* filed herein by the defendant Commissioner of the Social Security Administration:

IT IS ORDERED, ADJUDGED AND DECREED that the administrative law judge's May 12, 2007 decision denying the plaintiff's application for disability insurance benefits and supplemental security income payments under the Social Security Act in the above-captioned matter is hereby reversed and remanded to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g) for the purpose of conducting further administrative proceedings to include the following measures:

1) The administrative law judge (ALJ) shall re-evaluate the plaintiff's mental impairments at step two of the sequential process;

2) The ALJ shall proceed through the sequential evaluation process as warranted; and

3) The ALJ may further develop the administrative record as necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction to determine timely filed applications for attorney's fees and expenses under the Equal Access To Justice Act .

Baton Rouge, Louisiana, this /ST day of September 2010.

~~CHRISTINE NOLAND~~ JAMES J. Brady
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

2